**JS-6**

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MARINO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AKAL SECURITY, INC., a New Mexico Corporation conducting business as a foreign corporation in California; PETER D. KEISLER, Acting Attorney General, U.S. Department of Justice, DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. CV07 – 3931 VBF (CWx)<br><br>[Assigned to Honorable District Judge Valerie Baker Fairbank]<br><br>**JUDGMENT AS A MATTER OF LAW IN FAVOR OF DEFENDANT AKAL SECURITY, INC.** |

On January 28, 2009, Plaintiff LAWRENCE MARINO ("Plaintiff") presented his case in chief through his counsel Leodis Mathews, Esq. and Mariyetta A. Meyers of the Law Offices of Leodis C. Mathews.  After Plaintiff presented his case in chief, Defendant AKAL SECURITY, INC., through its counsel Stephen E. Ronk, Esq. and Joshua B. Wagner of Gordon & Rees LLP, moved for Judgment as a Matter of Law.  After extensive oral argument of counsel, and viewing all evidence in the light most favorable to Plaintiff, the Court finds as follows:

///

-1-
[PROPOSED] JUDGMENT
IN FAVOR OF DEFENDANT AKAL SECURITY, INC.

A. <u>Plaintiff's first and second claims for retaliation in violation of California Labor Code Section 1102.5 and public policy, respectively.</u>

As to Plaintiff's first and second claims, Plaintiff has not presented evidence of a causal link between the protected activity and the adverse employment action taken by the defendant. Further, Defendant provided a legitimate non-retaliatory explanation for its acts, and Plaintiff did not establish pretext. The Court notes that the decision to remove Plaintiff was made by the United States Marshals Service and that under the Collective Bargaining Agreement ("CBA"), the removal constituted good cause.

Moreover, there is a lack of evidence that Plaintiff's complaints regarding Defendant to various government agencies (which were made long before his suspension and removal) played a part in the adverse employment actions.

B. <u>Plaintiff's third and fourth claims for retaliation in violation of USERRA and public policy, respectively.</u>

Plaintiff has not established any evidence that his membership in the uniformed services was a motivating factor in Defendant's decision to terminate his employment. Plaintiff has also failed to establish that his membership in the U.S. Army was a motivating factor in Defendant's decision to terminate his employment.

C. <u>Plaintiff's sixth and seventh claims in the First Amended Complaint for breach of the collective bargaining and breach of the covenant of good faith and fair dealing, respectively.</u>

Plaintiff has not presented any evidence that Defendant breached the Collective Bargaining Agreement between Defendant and his Union. Further, Plaintiff has not set forth any evidence of breach of the obligation of good faith and fair dealing referring to the elements of that cause of action as set forth in CACI 2423.

D.   *Plaintiff's fifth claim for breach of contract was abandoned by Plaintiff and not supported by evidence or argument and therefore fails.*

Based on the foregoing, IT IS HEREBY ORDERED THAT,

Judgment is GRANTED as a matter of law in favor of Defendant as to Plaintiff's claims for: (i) retaliation in violation of California Labor Code Section 1102.5, (ii) wrongful termination in violation of public policy (whistle-blowing), (iii) violation of USERRA, (iv) wrongful termination in violation of public policy (USERRA), (v) breach of collective bargaining agreement, and (vi) breach of the implied covenant of good faith and fair dealing, and (vii) breach of contract.

Dated: February 10, 2009

*Valerie Baker Fairbank*
United States District Judge

AKAL/1043453/6313355v.1

-3-
[PROPOSED] JUDGMENT
IN FAVOR OF DEFENDANT AKAL SECURITY, INC.